FILED
July 27, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:06-cr-72 ZGEB
       Plaintiff, )
v. )  ORDER FOR TEMPORARY RELEASE
)  OF PERSON IN CUSTODY
Scott Lowe, )
)
_____)
       Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Scott Lowe Case No. 2:06-cr-72 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ $200,000 Unsecured Appearance Bond co-signed by Lois Butler

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) to be escorted by Lois Butler and to surrender to U.S. Marshal by 3 p.m. on Friday, July 28, 2006

Issued at Sacramento, CA on 7/27/06 at 10:30 a.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge