```
WILLIAM A. WELCH, CSBN 188391
VALERIO ROMANO, SBN 241688
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
SCOTT JOHN LOWE
```

FILED
AUG 18 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SCOTT JOHN LOWE,

    Defendant.
_____/

CR 06-72 GEB

**ORDER ALLOWING FURLOUGH**

Upon the request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that defendant SCOTT JOHN LOWE may be released on the 18th day of August 2006, to attend the memorial service for his mother, DORIS ELAINE JONES LOWE, that will be held at Carpenter Hall, Building Trades & Union Building, in Vallejo, California, and is to return and surrender to the custody of the United States Marshal's no later than 8:00 a.m. on the 21st day of August 2006.

IT IS FURTHER ORDERED that defendant shall be released to Lois Butler, to act as surety and custodian.

Dated: 8/18/06

_____
Mag. Judge DALE A. DROZD
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331