UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff, )   Case No. CR-S-06-0072-GEB
     v. )
Scott John Lowe )   RELEASE ORDER NO. _____
          Defendant. )   ORDER FOR RELEASE OF
                                 PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Scott John Lowe__, Case No. __CR-S-06-0072-GEB__,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

____ Bail posted in the sum of $_____

_XX_ Unsecured Appearance Bond $200,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

_X_ (Other) _____

**FILED**
AUG 18 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __8/18__, 19__2006__ at __2:36__ a.m./**p.m.**

By _____
United States District Judge or
United States Magistrate