```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   Case No. CR-S-07-0072 GEB
                                 )
11              Plaintiff,       )   STIPULATION AND PROPOSED ORDER
                                 )   CONTINUING THE STATUS
12       v.                      )   CONFERENCE AND EXCLUDING TIME
                                 )
13  SCOTT LOWE,                  )
                                 )
14              Defendant.       )
                                 )
15  _____ )
```

16       Plaintiff, United States of America, by its counsel, Assistant
17  United States Attorney Jason Hitt, and defendant Joseph Salvador
18  HILLARD, by and through his counsel, William Welch, Esq., stipulate
19  and agree that the currently-set status conference on July 27, 2007,
20  should be continued to August 31, 2007, at 9:00 a.m.  The parties
21  further stipulate that the time period from July 27, 2007, up to and
22  including the new status conference date of August 31, 2007, should
23  be excluded from computation of the time for commencement of trial
24  under the Speedy Trial Act, based upon the need for defense counsel
25  to continue discussions with the government regarding resolution of
26  the case and for the defense counsel to meet with DEA to review
27  evidence in this case.
28  / / /

1  For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial
4 in this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  July 27, 2007          By:  /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED:  July 27, 2007          By:  /s/Jason Hitt
                                    Authorized to sign for Mr.
                                    Schnayerson on 07-26-07
                                    WILLIAM WELCH, Esq.
                                    Attorney for Scott LOWE

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.  The status conference set for July 27, 2007, at 9:00 a.m. is vacated;

2.  A status conference is set for August 31, 2007, at 9:00 a.m.; and

3.  Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from July 27, 2007, up to and including August 31, 2007.

Dated: July 27, 2007

GARLAND E. BURRELL, JR.
United States District Judge