WILLIAM A. WELCH, SBN 188391
VALERIO ROMANO, SBN 241688
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
SCOTT JOHN LOWE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>SCOTT JOHN LOWE,<br><br>         Defendant.<br>_____/ | CR 06-72 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:<br>Time: |

TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT AND THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant, Scott Lowe, by and through counsel Valerio Romano Esq., and Plaintiff United States of America, by and through counsel, Jason Hitt Esq., stipulate and agree that the currently set status conference on November 9, 2007 should be continued to November 30, 2007.

The parties further stipulate that the time period from November 9, 2007, up to and including the new status conference date of November 30, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the delay in obtaining a transcript of alleged conversations between Mr. Lowe and the Confidential Informant in this case.

1  For these reasons, the Defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for
4 trial in this case and, in addition, in the interests of justice
5 under 18 U.S.C § 3161(h)(8)(B)(iv) and Local Code T4.

        Respectfully Submitted,

                                        <u>Valerio Romano</u>
                                        Attorney for Defendant
                                        Scott Lowe
DATED: November 7, 2007


                                        <u>Signed: /s/Jason Hitt</u>
                                        Assistant U.S. Attorney

                                        Authorized to sign for
                                        Mr. Hitt by Michelle Ramirez


DATED: November 7, 2007

                                        <u>Signed: /s/Valerio Romano</u>
                                        Attorney for Scott LOWE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

    1. The status conference set for November 9, 2007, at 9:00 a.m. is vacated;

    2. A status conference is set for November 30, 2007, at 9:00 a.m.; and

    3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from November 9, 2007, up to and including November 30, 2007.

DATED: November 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3